NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

v.

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-3126

---

Petition for review of the Merit Systems Protection Board in case no. AT315H090034-B-3.

---

**ON MOTION**

---

**ORDER**

Stephen Strausbaugh moves for an extension of time to pay the filing fee or file a motion for leave to proceed in forma pauperis, and for an extension of time, until August 31, 2012, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time to pay the filing fee or file a motion for leave to proceed in forma pauperis is granted. The filing fee or the motion for in forma pauperis is due August 31, 2012.

(2) The motion for an extension of time to file his reply brief is granted. Strausbaugh's reply brief is due on or before August 31, 2012.

FOR THE COURT

JUL 1 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Stephen Strausbaugh
     Vincent D. Phillips, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 1 2012

JAN HORBALY
CLERK